IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THIRD DEGREE FILMS, INC,

    Plaintiff,

vs.

JOHN DOES 1-17,

    Defendants.

No. 2:12-CV-01256-KJM-JFM

ORDER TO SHOW CAUSE

The pretrial status conference in this matter, currently set for January 10, 2013 is hereby vacated and plaintiff is ordered to show cause, no later than seven days from the date of this order, why this action should not be dismissed because of plaintiff's failure to effect service. The court notes that Federal Rule of Civil Procedure 4(m), which states that the court must dismiss defendants who have not been served within 120 days after the filing of the complaint unless plaintiff shows good cause, is applicable to Doe defendants. *See Glass v. Fields*, No. 1:09-cv-00098-OWW-SMS PC, 2011 U.S. Dist. LEXIS 97604 (E.D. Cal. Aug. 31, 2011); *Hard Drive Prods. v. Does*, No. C 11-01567 LB, 2011 U.S. Dist. LEXIS 109837, at *2-4 (N.D. Cal. Sep. 27, 2011).

    IT IS SO ORDERED.

DATED: January 4, 2013.

                              UNITED STATES DISTRICT JUDGE